# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| BLAKE O. SWANN, | ) |
|     *Plaintiff*, | ) Case No. 2:18-cv-207 |
| v. | ) Judge Travis R. McDonough |
| EDD GRAYBELL, WASHINGTON COUNTY DETENTION CENTER, AARON DAVIS, and LT. DISHNER'S CREW, | ) |
|     *Defendants*. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this *pro se* prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A for failure to state a claim for which relief may be granted and/or pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with Court orders. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

                                                     /s/ *Travis R. McDonough*
                                                   **TRAVIS R. MCDONOUGH**
                                                   **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT